UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

REGINALD GRAHAM,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON COUNSEL'S THIRD INTERIM CJA VOUCHER

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's Third Interim CJA Voucher submitted pursuant to the Criminal Justice Act Voucher 113C. 0729080 issued by United States Magistrate Judge Alicia M. Otazo-Reyes on January 9, 2019 [ECF No. 930]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the Third Interim CJA Voucher and that Attorney Israel Jose Encinosa be paid a total sum of **$74,568.34**. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed. The Court notes Counsel's Notice of No Objection to Magistrate's Report and Recommendations [ECF No. 942]. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendations [ECF No. 930], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16 day of January, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Israel Jose Encinosa, Esq
CJA Administrator